

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed March 1, 2010**                     **United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re<br><br>IDEARC INC., et al.,<br>    Debtors.<br><br>SEAN RYAN,<br>    Adversary plaintiff,<br><br>    vs.<br><br>VERIZON COMMUNICATIONS, INC., A Delaware corporation, SCOTT W. KLEIN, KATHERINE J. HARLESS, SAMUEL D. JONES, ANDREW COTICCHIO, THERESA MURRAY, JOHN W. DIERCKSEN, JOHN J. MUELLER, DONALD B. REED, STEPHEN L. ROBERTSON, THOMAS S. ROGERS, RICHARD CARRION, JOSEPH NEUBAUER, THOMAS O'BRIEN, HUGH PRICE, JOHN STAFFORD, ROBERT LANE, DONALD NICOLAISEN, CLARENCE OTIS, MARTHA KEETH, DR. SANDRA O. MOORE, IVAN SEIDENBERG, individuals, JPMorgan Chase Bank, N.A., in its capacity for itself and a syndicate of lenders that extended credit,<br><br>    Adversary defendant | Chapter 11<br>Case No.:09-31828 (BJH)<br>(Jointly Administered)<br><br><br><br><br><br>Adversary No.: 09-03219 (BJH) |

## AGREED ORDER OF DISMISSAL

On December 1, 2009, the Stipulation by and Among the Debtors, the Official Committee of Unsecured Creditors, the Administrative Agent to the Prepetition Secured Lenders and Sean Ryan Regarding (I) Amount and Allowance of Claim, (II) Withdrawal of Motions, Objections and Other Pleadings, and (III) Dismissal of Adversary Proceeding (the "Sean Ryan Settlement Agreement") [Docket No. 1489] was filed with the Court.  Pursuant to the Sean Ryan Settlement Agreement, plaintiff Sean Ryan agreed, *inter alia*, to dismiss the instant action as to Verizon Communications Inc. ("Verizon") and Richard Carrion, Joseph Neubauer, Thomas O'Brien, Hugh Price, John Stafford, Robert Lane, Donald Nicolaisen, John Diercksen, Clarence Otis, M. Frances Keeth, Dr. Sandra Moose and Ivan Seidenberg (the "Verizon Individual Defendants," and, collectively, the "Verizon Defendants"). *Id*. at ¶ 2. On December 22, 2009, the Court entered an order confirming the Debtors' first amended joint plan of reorganization in the above-captioned bankruptcy proceeding (the "Confirmation Order") [Docket No. 1639].  The Confirmation Order incorporated therein for all purposes the terms and provisions of the Sean Ryan Settlement Agreement, approved and ordered such terms and provisions, and authorized and ordered any acts required under the Sean Ryan Settlement Agreement. *Id*. at ¶ 70. Accordingly,

**IT IS HEREBY ORDERED** that all claims against Verizon Communications Inc., Richard Carrion, Joseph Neubauer, Thomas O'Brien, Hugh Price, John Stafford, Robert Lane, Donald Nicolaisen, John Diercksen, Clarence Otis, M. Frances Keeth, Dr. Sandra Moose and Ivan Seidenberg are dismissed with prejudice.

###END OF ORDER###

Agreed:

| | |
|---|---|
| THE MCMILLAN LAW FIRM, APC | WEIL, GOTSHAL & MANGES LLP |
| /s/ Scott A. McMillan | /s/ Alfredo R. Pérez |
| Scott A. McMillan<br>Evan Kalooky<br>4670 Nebo Drive, Suite 200<br>La Mesa, CA 91941-5230<br>Telephone: (619) 464-1500 | Alfredo R. Pérez (15776275)<br>700 Louisiana Street, Suite 1600<br>Houston, Texas 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511 |
| Counsel to Sean Ryan | Attorneys for the Verizon Defendants |