

**U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 1, 2010**             **United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re<br><br>IDEARC INC., et al.,<br>      Debtors.<br>-------------------------------------------------------<br>SEAN RYAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>VERIZON COMMUNICATIONS, INC., A Delaware corporation, SCOTT W. KLEIN, KATHERINE J. HARLESS, SAMUEL D. JONES, ANDREW COTICCHIO, THERESA MURRAY, JOHN W. DIERCKSEN, JOHN J. MUELLER, DONALD B. REED, STEPHEN L. ROBERTSON, THOMAS S. ROGERS, RICHARD CARRION, JOSEPH NEUBAUER, THOMAS O'BRIEN, HUGH PRICE, JOHN STAFFORD, ROBERT LANE, DONALD NICOLAISEN, CLARENCE OTIS, MARTHA KEETH, DR. SANDRA O. MOORE, IVAN SEIDENBERG, individuals, JPMorgan Chase Bank, N.A., in its capacity for itself and a syndicate of lenders that extended credit,<br><br>    Defendants. | Chapter 11<br>Case No.:09-31828 (BJH)<br>(Jointly Administered)<br><br><br><br><br><br><br>Adversary Proceeding No. 09-3219 |

**AGREED ORDER OF DISMISSAL**

On December 1, 2009, the *Stipulation by and Among the Debtors, the Official Committee of Unsecured Creditors, the Administrative Agent to the Prepetition Secured Lenders and Sean Ryan Regarding (I) Amount and Allowance of Claim, (II) Withdrawal of Motions, Objections and Other Pleadings, and (III) Dismissal of Adversary Proceeding* (the "Sean Ryan Settlement Agreement") [Docket No. 1489] was filed with the Court. Pursuant to the Sean Ryan Settlement Agreement, plaintiff Sean Ryan agreed, *inter alia*, to dismiss the instant action with prejudice as to JPMorgan Chase Bank, N.A., in its capacity for itself and as agent for a syndicate of lenders ("JPMorgan"). *Id*. at ¶ 2. On December 22, 2009, the Court entered an order confirming the Debtors' first amended joint plan of reorganization in the above-captioned bankruptcy proceeding (the "Confirmation Order") [Docket No. 1639]. The Confirmation Order incorporated therein for all purposes the terms and provisions of the Sean Ryan Settlement Agreement, approved and ordered such terms and provisions, and authorized and ordered any acts required under the Sean Ryan Settlement Agreement. *Id.* at 70. Accordingly,

**IT IS HEREBY ORDERED** that all claims against JPMorgan asserted in the above-captioned adversary proceeding are dismissed with prejudice.

###END OF ORDER###

Agreed:

| | |
|---|---|
| THE MCMILLAN LAW FIRM, APC | VINSON & ELKINS L.L.P. |
| */s/ Scott A. McMillan* | */s/ Rebecca L. Petereit* |
| Scott A. McMillan | Daniel C. Stewart (TX # 19206500) |
| Evan Kalooky | William L. Wallander (TX # 20780750) |
| 4670 Nebo Drive, Suite 200 | Rebecca L. Petereit (TX # 24062776) |
| La Mesa, CA 91941-5230 | VINSON & ELKINS L.L.P. |
| Telephone: (619) 464-1500 | Trammell Crow Center |
| | 2001 Ross Avenue, Suite 3700 |
| Counsel to Sean Ryan | Dallas, Texas 75242 |
| | Tel. (214) 220-7700 |
| | Fax. (214) 220-7716 |

- and –

Thomas C. Rice
Steven M. Fuhrman, *admitted pro hac vice*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel. (212) 455-2000
Fax. (212) 455-2502

Attorney for JPMorgan Chase Bank, N.A.